IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**LANDO CALRISSIAN KELLY**                                                                  **PLAINTIFF**

**VERSUS**                                      **CIVIL ACTION NO. 1:15-cv-72-HSO-JCG**

**STATE OF MISSISSIPPI**                                                                   **DEFENDANT**

## FINAL JUDGMENT

This matter is before the Court sua sponte. The Court, after a full review and consideration of the record in this case and relevant legal authority finds that in accordance with its Memorandum Opinion and Order entered herewith,

**IT IS, THEREFORE, ORDERED AND ADJUDGED,** that Plaintiff Lando Calrissian Kelly's 42 U.S.C. § 1983 claims challenging his sentence calculation are **DISMISSED WITH PREJUDICE** until the *Heck* conditions are met, on grounds that the § 1983 claims are legally frivolous and fail to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and (ii). In addition, or in the alternative, the claim against the State of Mississippi is **DISMISSED WITH PREJUDICE** because this Defendant is immune.

**SO ORDERED**, this the 7th day of March, 2016.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE